Court, denied.   Motion for leave to file petition for rehearing out of time denied.

No. 01–9881 (01A819).   IN RE JOHNSON.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 01–9882 (01A820).   JOHNSON *v.* MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.   Sup. Ct. S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

MAY 6, 2002

No. 01–9757 (01A798).   BAKER *v.* MARYLAND.   Ct. App. Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

MAY 7, 2002

No. 01A853 (01–10022).   DAVIS *v.* TEXAS.   Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay shall terminate automatically.   In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

No. 01–9982 (01A845).   IN RE DAVIS.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.